| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| In Re: Michelle Saroha | Case No.: 24-15275-CMG |
| | Adv. No.: 25-01018-CMG |
| Hanover Community Bank<br><br>Plaintiff(s)<br>v.<br>Michelle Saroha<br><br>Defendant(s) | Judge: Christine M. Gravelle |

Order Filed on May 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER TO FILE DEFAULT JUDGMENT PAPERS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court having been advised that the plaintiff in the above referenced adversary proceeding will be filing default judgment papers as to the defendant(s). it is hereby

ORDERED that if a Request to Default Judgment regarding the defendant(s) named above is not filed within 30 days from the date of this order:

- ☑ the case may be dismissed for lack of prosecution, and may be closed without further order of the court.

- ❏ the complaint may be dismissed as to the above named defendant(s) only, without further order of the court.

**CAUTION: If you submit default papers after the case is closed you will be required to file a Motion to Reopen the case.**

*rev. 8/1/07*